

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Sidney Latham
Secretary of State
Austin, Texas

Dear Mr. Latham:

Opinion No. O-5409

Re: Form for designating service
agent for service of process
on foreign corporations, un-
der House Bill No. 709, 48th
Legislature.

You submit to this Department for approval a form
for designating a service agent for foreign corporations do-
ing business in this State, as required by House Bill No.
709, 48th Legislature (1943), which form is as follows:

"POWER OF ATTORNEY

DESIGNATING

SERVICE AGENT

"KNOW ALL MEN BY THESE PRESENTS:

"That pursuant to the laws of the State of Texas, _____,

a corporation, duly incorporated under the laws of the State of

_____, acting herein by and through its _____President,

and Secretary, and certifying their action herein is authorized

by the Board of Directors of this corporation, does hereby ap-

point and designate _____, whose address is _____,
Street

_____, Texas, a resident citizen of Texas, its true and
City

lawful service agent in Texas, upon whom process may be served

in all suits, proceedings and causes of action, pending or
that may hereafter be filed in the State of Texas, in which
this corporation is a party or is to be made a party; this
corporation hereby consents to the service of process upon
said agent, and he shall be deemed as the service agent of
this corporation for all intents and purposes, as contemplat-
ed by the statutes requiring such designation and appoint-
ment, and service of any process, pleading, notice or other
paper upon said service agent shall be taken and held as due
service on this corporation.

"In the event this corporation withdraws from the State of
Texas, or ceases to transact or do any business in the State
of Texas, it shall continue to keep and maintain such ser-
vice agent upon whom service of process, pleadings, and papers
may be made until the Statutes of Limitation shall have run
against anyone bringing an action against this corporation
which accrued prior to its withdrawal from the State of Texas.

"In case this service agent cannot be found at the address
given in this Power of Attorney, or in case this corporation
shall revoke the authority of this designated agent, or fail
to keep and maintain this service agent after its withdrawal
from the State of Texas and prior to the time when the Stat-
utes of Limitations would have run against causes of action
accruing against this corporation, then in that event service
of process, pleadings and papers of such actions may be made
upon the Secretary of State of the State of Texas, and the
same shall be held as due and sufficient service upon this
corporation.

"In Testimony Whereof, this corporation has caused

this instrument to be subscribed and attested by the afore-

said officers and its corporate seal affixed thereto on this

the _____ day of _____, 19____

(CORPORATE SEAL)

_____
President or Vice-President

ATTEST: _____
Secretary

--------

"State of _____ )

COUNTY OF _____ )

Before me, the undersigned authority, on this day personally appeared _____, and _____, who are known to me to be the persons and officers whose names are subscribed to the foregoing instrument, and acknowledged to me that they each executed the same as the act and deed of said corporation for the purposes and consideration therein expressed and in the capacity and by authority therein stated.

Given under my hand and seal of office this the

_____ day of _____, A. D. 19_____.

_____

Notary Public _____.
County, _____ State."

(Notary Seal)

We approve the above form as being in compliance with the requirements of H. B. No. 709, Acts of the 48th Legislature, Regular Session (1943).

24. 1945                    Very truly yours

                           ATTORNEY GENERAL OF TEXAS

FIRST ASSISTANT
ATTORNEY GENERAL              By

                           Ocie Speer
                           Assistant

OS-MR

